# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

January 18, 2012

RE: Webvention LLC v. Acer America Corporation, et al.
USDC Case No. CCB-12-cv-15

Dear Counsel:

The above entitled case was received and docketed in this Court on January 18, 2012, having been transferred from the U.S. District Court for the Eastern District of Texas (Marshall).

It has been assigned to Judge Catherine C. Blake. The file number is listed above and all future questions should be referred to Claudia Gibson or Jennifer Lewis.

Sincerely,

/s/

Holly M. Lee, Deputy Clerk for
Felicia C. Cannon, Clerk

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660