IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: WEBVENTION LLC ('294) PATENT LITIGATION | ) ) | MDL 11-md-2294 |
| WEBVENTION LLC<br><br>Plaintiff,<br><br>v.<br><br>ACER AMERICA CORPORATION; ACER, INC.<br>Defendant. | ) ) ) ) ) ) ) ) ) | 1:12-cv-00015-CCB |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Webvention LLC ("Webvention"), pursuant to Fed. R. Civ. P. 41(a)(A)(1)(ii), hereby notifies the Court of its dismissal of all claims in this action between Webvention and Defendants Acer America Corporation and Acer, Inc., WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AGREEMENT" and dated December 20, 2011 with each party to bear its own costs, expenses and attorneys' fees.

Dated: January 26, 2012

Respectfully Submitted

By: /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

Sean T. O'Kelly (Del. I.D. No. 4349)
Ryan M. Ernst (Del. I.D. No. 4788)
**O'Kelly & Ernst, LLC**
The Brandywine Building
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 295-4905

Facsimile: (302) 295-2873
Email: sokelly@oelegal.com
Email: rernst@oelegal.com

Benjamin Rosenberg
Maryland State Bar No. 00263
Douglas J. Furlong
Maryland State Bar No. 04588
Harris W. Eisenstein
Maryland State Bar No. 29694
**Rosenberg | Martin | Greenberg, LLP**
25 S. Charles Street, Suite 2115
Baltimore, Maryland 21201
Telephone: (410) 727-6600
Facsimile: (410) 727-1115
Email: brosenberg@rosenbergmartin.com
Email: dfurlong@rosenbergmartin.com
Email: heisenstein@rosenbergmartin.com

**ATTORNEYS FOR PLAINTIFF WEBVENTION LLC**